AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| Joshua Behrouz Nabatkhorian | ) Case No. 1:10-MJ-321 |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED
JUN 2 2010
CLERK, U.S.
ALEXAN...

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 4-17, 2009  in the county of  Fairfax  in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2422A(a) | Enticement of a minor |

This criminal complaint is based on these facts:

SEE ATTACHED

☒ Continued on the attached sheet.

_Complainant's signature_
Special Agent Brenda Born
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  06/02/2010

City and state:  Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_Judge's signature_

United States Magistrate Judge Theresa C. Buchanan
_Printed name and title_