AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Joshua Behrouz Nabatkhorian

Case No. 1:10-MJ-321

Defendant



F I L E D
JUN 3 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

RECEIVED UNITED STATES MARSHALL
2010 JUN -2 P 4:42
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joshua Behrouz Nabatkhorian
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Enticement of a minor

Date: 06/02/2010

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

City and state: Alexandria, Virginia

### Return

This warrant was received on *(date)* 6/2/10, and the person was arrested on *(date)* 6/3/10
at *(city and state)* Fairfax, VA

Date: 6/3/10

Arresting officer's signature

Brenda K. Born, Special Agent
Printed name and title