IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
JUN 22 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:10-MJ-321 |
| | ) |
| JOSHUA BEHROUZ NABATKHORIAN | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant, JOSHUA BEHROUZ NABATKHORIAN, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including _September 9_, 2010. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

*No further extension will be granted.* /LMB

/s/
Leonie M. Brinkema
United States District Judge

Date: June 22, 2010
Alexandria, Virginia