UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA



| | |
|---|---|
| United States ) | Criminal Docket #: 10mj-321 |
| ) | |
| v. ) | |
| ) | |
| NABATKHORIAN, Joshua ) | |

### ORDER

The following Condition of Release shall be removed:

* **The defendant is placed in the custody of Raphael Botbol.**

The following Condition of Release shall be added:

* **The defendant is placed in the custody of Pejman Kharazi.**

All other conditions of release remain in full force and effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

7/8/10
Date