AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA BEHROUZ NABATKHORIAN<br><br>_____<br>*Defendant* | )<br>)<br>)<br>) Case No. 1:10CR313<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U. S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Brinkema 6th Floor |
|---|---|
| | Date and Time: 8/27/10 @ 9 AM |

This offense is briefly described as follows:

Count 1: Use of Facility of Interstate Commerce to Attempt to Entice a Minor to Engage in Criminal Sexual Activity.

Date: _____

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*