UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 1:10-CR-313 |
| JOSHUA BEHROUZ NABATKHORIAN : | |
| Defendant. : | |

### MOTION TO CONTINUE ARRAIGNMENT

Comes now, the Defendant, Joshua Behrouz Nabatkhorian, by counsel, who moves this Court to continue the arraignment hearing scheduled for Friday, August 27, 2010 until Friday, September 3, 2010, and in support thereof states as follows:

1. Peter Greenspun is counsel for the defendant, Joshua Nabatkhorian, in the above-referenced matter. An indictment has been returned and summons issued for arraignment on August 27, 2010.

2. Counsel will be out of town on August 27, 2010 to move his son to college at the University of Vermont.

3. Counsel has spoken with Assistant United States Attorney John Eisinger regarding this continuance and he does not object to this continuance.

WHEREFORE, the Defendant, Joshua Nabatkhorian, by counsel, moves this Court to continue the arraignment hearing from August 27, 2010 to September 3, 2010 at 9:00 a.m.

JOSHUA BEHROUZ NABATKHORIAN
By Counsel

GREENSPUN SHAPIRO
DAVIS & LEARY p.c.

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.


BY: ____/s/_____
PETER D. GREENSPUN
Counsel for Defendant
3955 Chain Bridge Road, Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
pdg@greenspunlaw.com


CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to the following:

> John Eisinger
> Counsel for the United States
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> John.Eisinger@usdoj.gov


_____/s/_____
Peter D. Greenspun
Counsel for the Defendant
Greenspun, Shapiro, Davis and Leary, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
Fax: (703) 591-7268
Email: pdg@greenspunlaw.com

-2-