AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Virginia

FILED

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSHUA BEHROUZ NABATKHORIAN | ) |
| | )   Case No. 1:10CR313 |
| | ) |
| _____ | ) |
| *Defendant* | ) |

2010 AUG 25  A  9: 23

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U. S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Brinkema 6th Floor |
|---|---|
| | Date and Time: 8/27/10 @ 9 AM |

This offense is briefly described as follows:

Count 1: Use of Facility of Interstate Commerce to Attempt to Entice a Minor to Engage in Criminal Sexual Activity

RECEIVED
UNITED STATES MARSHALL
2010 AUG 20 P 4: 21
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Date: 8/20/10

*Issuing officer's signature*

Julie Correa, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 08/24/2010

Charles Bradley
*Server's signature*

Charles Bradley
*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No. 1:10CR313

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of
process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the
United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

   ❏ I personally served the summons on this defendant _____ at

   *(place)* _____ on *(date)* _____ ; or

   ❏ On *(date)* 08/24/2010 _____ I left the summons at the individual's residence or usual place of abode
with *(name)* ˟ Joseph NABATkhaRiAN, a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

   ❏ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

   ❏ The summons was returned unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date returned: _____     _____
                                                 *Server's signature*

                                        _____
                                               *Printed name and title*

Remarks: