UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:10-CR-313 |
| JOSHUA BEHROUZ NABATKHORIAN | : |
| Defendant. | : |

## AGREED ORDER

THIS CAUSE came to be heard upon the request of the Defendant, Joshua Behrouz Nabatkhorian, by counsel, and with the agreement of the government, that the arraignment hearing scheduled for August 27, 2010 be continued to September 3, 2010. It appearing that this motion is proper and should be granted, it is therefore

ADJUDGED AND ORDERED that the arraignment hearing currently scheduled for August 27, 2010 is continued until September 3, 2010 at 9:00 a.m.

ENTERED this 25th day of August 2010.

/s/ _____
Leonie M. Brinkema
United States District Judge

GREENSPUN SHAPIRO
    DAVIS & LEARY p.c.