

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA  :

v.  : Case No. 1:10-CR-313

JOSHUA BEHROUZ NABATKHORIAN :

Accused.  :

### ORDER TO EXTEND TIME TO FILE MOTIONS UNTIL SEPTEMBER 27, 2010

THIS CAUSE comes upon the request of the Accused, Joshua Behrouz Nabatkhorian, by counsel, to grant an extension of time to file motions from Monday, September 20, 2010 until Monday, September 27, 2010, and

IT APPEARING that this Motion is proper, it is therefore

ADJUDGED AND ORDERED that the time to file motions is hereby extended until Monday, September 27, 2010.

ENTERED this 15th day of September, 2010.

/s/
Leonie M. Brinkema
United States District Judge