UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:10CR-313 |
| ) | |
| JOSHUA BEHROUZ NABATKHORIAN ) | |
| ) | |
| Accused. ) | |

**MOTION TO DISMISS INDICTMENT AS UNCONSTITUTIONAL
AND FOR FAILURE TO ALLEGE FACTS SUFFICIENT
FOR A VIOLATION OF 18 U.S.C. § 2422(b)**

The Accused, Joshua Behrouz Nabatkhorian, by counsel, moves this court to dismiss the indictment because it is unconstitutional and fails to allege facts sufficient for a violation of 18 U.S.C. § 2422(b).

JOSHUA BEHROUZ NABATKHORIAN
By Counsel

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.


BY:_____/s/_____
    PETER D. GREENSPUN
    Counsel for Defendant
    3955 Chain Bridge Road, Second Floor
    Fairfax, Virginia 22030
    (703) 352-0100
    (703) 591-7268 (fax)
    pdg@greenspunlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of September 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to the following:

> John Eisinger
> Counsel for the United States
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> John.Eisinger@usdoj.gov

> _____/s/_____
> Peter D. Greenspun
> Counsel for the Defendant
> Greenspun, Shapiro, Davis and Leary, P.C.
> 3955 Chain Bridge Road
> Second Floor
> Fairfax, Virginia 22030
> (703) 352-0100
> Fax: (703) 591-7268
> Email: pdg@greenspunlaw.com