UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:10CR-313 |
| ) | |
| JOSHUA BEHROUZ NABATKHORIAN ) | |
| ) | |
| Accused. ) | |

### MOTION TO STRIKE DOWN SENTENCING PROVISION OF 18 U.S.C. § 2422(b) AS VIOLATIVE OF EIGHTH AMENDMENTOF UNITED STATES CONSTITUTION

The Accused, Joshua Behrouz Nabatkhorian, by counsel, moves this court to enter an order finding the minimum mandatory sentencing provision of 18 U.S.C. unconstitutional because it is violative of the Eighth Amendment of the United States Constitution.

JOSHUA BEHROUZ NABATKHORIAN
By Counsel

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.

BY:_____/s/_____
PETER D. GREENSPUN
Counsel for Defendant
3955 Chain Bridge Road, Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
pdg@greenspunlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of September 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to the following:

      John Eisinger
      Counsel for the United States
      2100 Jamieson Avenue
      Alexandria, Virginia   22314
      John.Eisinger@usdoj.gov


      _____/s/_____
      Peter D. Greenspun
      Counsel for the Defendant
      Greenspun, Shapiro, Davis and Leary, P.C.
      3955 Chain Bridge Road
      Second Floor
      Fairfax, Virginia   22030
      (703) 352-0100
      Fax: (703) 591-7268
      Email: pdg@greenspunlaw.com