UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:10-CR-313 |
| JOSHUA BEHROUZ NABATKHORIAN | : | |
| Defendant. | : | |

**<u>Exhibit 1 to Motion to Suppress</u>**

FAIRFAX COUNTY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| PAGE 1 OF 5 | Date of Event 09/03/2009 – 11/06/09 | Time of Event Unk – 1330 | Case Number 2009 311 0025 |
|---|---|---|---|

| Name Last | First | MI | | Phone Residence | Phone Business |
|---|---|---|---|---|---|
| | | | | | |

| Address Number | Street | City | State | SSAN | AGE | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Location of Event | Original Reported Event |
|---|---|
| | Suspicious Event |

**Remarks**

On 11-17-09, I assisted Detective N. Boffi on a case he was working (see Detective N. Boffi's case for further details). He had requested assistance in the stopping and taking into custody Mr. Joshua Nabatkhorian (picture of subject was provided). Mr. Nabatkhorian was to arrive for a meeting at the Twinbrook Shopping Center (located within Fairfax County) at 1300 hrs on 11-17-09. It was believed Mr. Nabatkhorian would be arriving in a 2007 Toyota SUV; possibly silver in color, bearing Virginia YNF-4922 tags. At approximately a few minutes after 1300 hrs on 11-17-09, a Black Toyota SUV pulled into the Twinbrook Shopping Center bearing Virginia YNF-4922 tags. The driver of the Toyota matched the description and picture we had of Mr. Nabatkhorian. Mr. Nabatkhorian was taken into custody without incident, and I assisted with the inventory of the vehicle.

A-1: Nabatkhorian, Joshua
   W / M / 01-04-1958 (51 yrs old) / 5'11" / 185 lbs / Blk / Brn

The vehicle had the following items noted within it:

Rear Trunk Area:
- Red & Pink striped Paper Shopping Bag with words "Victoria Secret" - Bag contained:
  o Various Red and Pink Tissue Paper
  o Victoria Secret Reward Booklet with Reward Card
  o Red & Pink striped Box with words "Victoria Secret" - Box containing:
    - Victoria Secret Gift Receipt from Pentagon SC, dated 11/17/09 at 1234 hrs
    - Red Bra (Size 36A)
    - Blue Bra (Size 34B)
    - Clear Plastic container with Strawberry Delight Lace Thong with price sticker on bottom of $20.00
    - White Thong – size Medium
    - Red Thong with Reindeer design – size Medium
    - Dark Purple Thong – size Medium
    - Purple Thong with Tree design – size Medium
    - Beige Thong with Red fabric accent on front – size Medium
- Red Paper Shopping Bag with words "Macy's" – Bag contained:
  o Gold Wrapping Paper on rectangle Box
    - Unwrapped package contained box with words "Dolce & Gabbanna"
      - Opened box contained various perfume style bottles:
        o Bath milk bottle
        o Lotion bottle
        o 3 tall clear glass bottles
        o Gold taller bottle
        o Large glass square bottle
        o Small glass square bottle
  o White & Red Plastic Shopping Bag with words "Macy's" – Bag contained:
    - Various perfume samples on cardboard
- Rubber style floor mats

| Case Status (Check Only One Block) | | | | 8 Closed Exceptionally |
|---|---|---|---|---|
| | ☐ 6 Active TOT CIB | ☐ 2 Inactive | ☐ 3 Service | |
| ☒ 1 Active ☐ 7 Active TOT CIS | ☐ 5 Active TOT ___ | ☐ 9 Inactive - WOF | ☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate |
| | | | | ☐ Juvenile / No Custody |

| Date Report 11-18-09 | Time of Report 1452 | Investigated By M. DuBois | EIN 2310 | Case Closed (Status 4 or 8) ☐ Juvenile(s) ☐ Adult(s) | ☐ Prosecution Declined |
|---|---|---|---|---|---|
| Time Rcvd | Time Arrvd | Time Clrd | Approving Supervisor Lt. R. Haugsdahl | EIN 2552 | Date | ☐ Death of Offender |
| | | | | | | ☐ Extradition Denied |

000000324

| PAGE 2 OF 5 | Date of Event 09/03/2009 – 11/06/09 | Time of Event Unk – 1330 | Case Number 2009 311 0025 |
|---|---|---|---|

**Remarks**

Front Passenger Seat Area:
- Brown Leather type Jacket with "Milestone" label

Rear Passenger Seat Area:
- Black fabric suit coat jacket with "JaneBarnes" label
- Various music CD's along with CD's with no covers, and CD holders (some empty)
- Home Depot receipt with address ▮▮▮▮▮▮▮▮▮▮ and name Nabatkhorian Behrouz
- Parking pass: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 11/2/9, tag YNF-4922
- Opened small bottle of water

Center Console Area:
- Various types of candy
- Orange plastic gun
- Blue Sprint Phone
- Sprint Phone cord
- Small bottle of water

* Note glove box was empty – no owners manuals or paperwork.

I maintained custody of the two bags (containing items) from the trunk and transported the bags to the Massey building - CIB fo Detective N. Boffi. Once the bags were within the secured area of the 8th floor I requested Detective L. LaBarca to unlock the door t the computer office, and the bags were secured within the locked office. I notified Detective N. Boffi and Detective J. Sorrentino o the locations of the bags.

**Case Status (Check Only One Block)**

| | | | |
|---|---|---|---|
| | 6 Active TOT CIB | 2 Inactive | 3 Service |
| [X] 1 Active    7 Active TOT CIS | 5 Active TOT ___ | 9 Inactive - WOF | 4 Closed Arrest |

8 Closed Exceptionally
- [ ] Victim Refused to Cooperate
- [ ] Juvenile / No Custody
- [ ] Prosecution Declined
- [ ] Death of Offender
- [ ] Extradition Denied

| Date Report | Time of Report | Investigated By | EIN | Case Closed (Status 4 or 8) |
|---|---|---|---|---|
| 11-18-09 | 1452 | M. DuBois | 2310 | [ ] Juvenile(s)   [ ] Adult(s) |
| Time Rcvd | Time Arvd | Time Clrd | Approving Supervisor: Lt. R. Haugsdahl | EIN 2552   Date |

000000325