UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:10-CR-313 |
| JOSHUA BEHROUZ NABATKHORIAN | : |
| Defendant. | : |

**<u>Exhibit 2 to Motion to Suppress</u>**

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT

1. VICTORIA SECRET BOX ~~CONTAINING~~ MB WITH GIFT WRAP
2. BLUE 34B BRASSIERE
3. RED 36A BRASSIERE
4. LACIE PINK THONG ~~UNDERWEAR~~ MB UNDERWEAR
5. RED THONG UNDERWEAR (SIZE MEDIUM)
6. PURPLE THONG UNDERWEAR (SIZE MEDIUM)
7. PURPLE (WITH TREES) THONG UNDERWEAR (SIZE MEDIUM)
8. PINK THONG UNDERWEAR (SIZE MEDIUM)
9. WHITE THONG UNDERWEAR (SIZE MEDIUM)
10. 11 SAMPLE PERFUME
11. DOLCE ~~DULE~~ & GABBANA "THE ONE" GIFT SET (PERFUME)
12. BLUE SANYO FLIP PHONE
13.
14.
15.

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

_____ _____
DATE                    EXECUTING OFFICER

Subscribed and sworn before me this day

_____ _____
DATE                    ☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE
                        ☐ NOTARY PUBLIC: My commission expires _____

### EXECUTION

Executed by searching the within described Place, person or thing.

11-18-09    0800
_____
DATE AND TIME EXECUTED

N. BOFFI
_____
EXECUTING OFFICER

Certified to _____

Circuit Court on _____

_____
EXECUTING OFFICER

Received on _____

by _____
CLERK OF COURT

000000135

# SEARCH WARRANT
Commonwealth of Virginia   VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night 2006 Black Toyota FJ Cruiser bearing Virginia license tag "YNF-4922" and affixed with VIN # JTEBU11F170017966

for the following property, objects and/or persons: Any computer hard drives, magnetic media storage devices, cell phones, cameras or documents pertaining to the offense of Use of a Communication System to Facilitate Certain Offenses Involving Children(Section 18.2-374.3, Code of Virginia, as amended). See attached affidavit for full disclosure.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the **Fairfax County** Circuit Court an inventory of all property, persons, and/or objects to be seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows: USE OF COMMUNICATIONS SYSTEMS TO FACILITATE CERTAIN OFFENSES INVOLVING CHILDREN IN VIOLATION OF 18.2-374.3, OF THE CODE OF VIRGINIA AS AMENDED. SEE ATTACHED AFFIDAVIT FOR FULL DISCLOSURE.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

11-18-09   7:40am
DATE AND TIME

NAME OF AFFIANT
Detective Nickolas Boffi

☐ CLERK   (☑) MAGISTRATE   ☐ JUDGE

FILE NO.

**SEARCH WARRANT**

COMMONWEALTH OF VIRGINIA

V. / In re
Joshua Nabatkhorian

COPY

00000145