UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA :
:
v. : Case No. 1:10-CR-313
:
JOSHUA BEHROUZ NABATKHORIAN :
:
Defendant. :

**Exhibit 3 to Motion to Suppress**

## FAIRFAX COUNTY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| PAGE 1 OF 1 | Date of Event 11-7-2009 | Time of Event UNK | Case # 2009311-0025 |
|---|---|---|---|

| Name Last | First | MI | Phone Res. | Phone Bus. |
|---|---|---|---|---|
| | | | | 2 |

| Address Number | Street | City | State | SSAN | Age | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|---|

**Remarks**

On November 7, 2009 the complainant, ███████████ contacted the Fairfax County Police Department who advised that her thirteen year old daughter (hereafter known as Victim #1) had been receiving text messages on her cell phone from a family friend who she identified as Joshua Nabatkhorian. Victim #1 described the text messages as sexual in nature and that she received approximately 30 messages over a short period of time. Your Affiant obtained consent to view the text messages on Victim #1 cell phone for the purposes of reviewing the message exchange between Victim #1 and Joshua Nabatkhorian. The text messages instructed Victim #1 to refer to Joshua Nabatkhorian as "Master" and that Victim #1 would be his "student" or "disciple". Based on the information provided by Victim #1 and the text message exchange from Joshua Nabatkhorian I assumed the online persona of the thirteen year old daughter (hereafter referred to as UC #1).

On November 9, 2009 I met with the complainant and Victim #1 in regards to the report that was filed with the Fairfax County Police Department on November 7, 2009. The complainant allowed me to interview Victim #1 without her being present. During that interview Victim #1 provided me with the same information she provided to the preliminary investigating officer.

On November 12, 2009 UC #1 re-established contact with Joshua Nabatkhorian by replying to a cell phone text message. After a few cell phone text message exchanges with Joshua Nabatkhorian a decision was made to communicate using electronic mail. Joshua Nabatkhorian provided UC #1 with his electronic mail address (behrouz555@hotmail.com) and UC #1 provided the electronic mail address that was provided by Victim #1.

During an electronic message exchange on November 13, 2009 UC #1 advised Joshua Nabatkhorian that UC #1 was only thirteen years old female to which acknowledged Victim #1 age. Joshua Nabatkhorian advised UC #1 that he wanted to "feel like kissing you everywhere on your beautiful body" and that UC #1 should "delete all our correspondent you know what I mean love Joshua". Joshua Nabatkhorian further advised that UC #1 should create a new electronic mail account so that all electronic mail exchanges would remain private. Joshua Nabatkhorian provided UC #1 with a screen name he wanted UC #1 to use as my electronic mail address and Joshua Nabatkhorian provided UC #1 with a new electronic mail address that he had created.

On November 15, 2009 Joshua Nabatkhorian contacted UC #1 using the electronic mail address (injoshua25@gmail.com) he had created on November 13, 2009. Joshua Nabatkhorian asked UC #1 if she was ready to become his boyfriend. Joshua Nabatkhorian asked UC #1 "do you think you like blow job?" and "Kissing starts with ears boobs mouth and between legs." Through my knowledge, training and experience the term "blowjob" refers to Fellatio. Joshua Nabatkhorian further stated that he could "make you come by kissing your pussy and put my tongue in and out". Through my knowledge, training and experience "kissing your pussy with my tongue" refers to cunnilingus. Joshua Nabatkhorian advised that he wanted to meet UC #1 on November 17, 2009 at an agreed upon location and time for the purposes of engaging in sexual acts described within in the earlier chat.

| Case Status (Check Only One Block) | ☐ 6 Active - TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active  ☐ 7 Active -TOT CIS  ☐ 5 Active - TOT _____ | | ☐ 9 Inactive-WOF | ☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate  ☐ Juvenile / No Custody |

| Date of Report | Time of Report | Investigated By | EJN | Case Closed (Status 4 or 8)  ☐ Juvenile(s)  ☐ Adult(s) | ☐ Prosecution Declined |
|---|---|---|---|---|---|
| Time Received | Time Arrived | Time Cleared | Approving Supervisor | EJN    Date | ☐ Death of Offender  ☐ Extradition Denied |

000000168

| PAGE 1 OF 1 | Date of Event 11-7-2009 | Time of Event UNK | Case # 2009311-0025 |

**Remarks**

Based on references made during the electronic message exchange on November 15, 2009 I believe that Joshua Nabatkhorian was sending those messages from his home. I conducted a public record search of Joshua Nabatkhorian. I was able to obtain records that indicated that Joshua Nabatkhorian was currently living at ███████████████████████████████.

Based on the above information I believe that (behrouz555@hotmail.com) and (jnjoshua25@gmail.com) are the electronic screen names being used by Joshua Nabatkhorian.

On November 17, 2009 I observed a subject at the agreed upon meeting location and time. The physical description of the subject matched the photo supplied by the Virginia Department of Motor Vehicles. The subject was operating a 2006 Black Toyota FJ Cruiser bearing Virginia license tag "YNF-4922". The subject was approached by detectives assigned to the Fairfax County Child Exploitation Unit and was taken into custody. The subject was identified as Joshua Nabatkhorian and was transported to Fairfax County Police Headquarters and interviewed. A subsequent inventory of Joshua Nabatkhorian's vehicle revealed bras and panties in the sizes and colors there were discussed during online chats with UC #1. All the items were photographed in the vehicle and the vehicle was seized as potential evidence.

On November 17, 2009 a search warrant was executed at the home of Joshua Nabatkhorian following his arrest. Items were found in the home in support of the case that I was investigating. The items were transported to Fairfax County Police headquarters where they were inventoried and stored in the property room.

A search warrant was served on the vehicle on November 18, 2009 and evidence that was observed during the initial inventory was collected. The items were transported to Fairfax County Police headquarters where they were inventoried and stored in the property room.

This case will be presented to the Assistant United States Attorney office (Eastern District) for charges. At this time Joshua Nabatkhorian is charged with Use of a Computer to Commit Certain Offenses Against Children and Attempted Indecent Liberties with a Child.

Case closed by arrest.

| Case Status (Check Only One Block) | ☐ 6 Active - TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
| ☐ 1 Active | ☐ 7 Active - TOT CIS | ☐ 5 Active - TOT _____ | ☐ 9 Inactive WOP | ☒ 4 Closed Arrest | ☐ Victim Refused to Cooperate |

| Date of Report 2-21-10 | Time of Report 1125 | Investigated By DET N Boffi | EIN 2485 | Case Closed (Status 4 or 3) ☐ Juvenile(s) ☒ Adult(s) | ☐ Juvenile No Custody ☐ Prosecution Declined |
| Time Received --- | Time Arrived --- | Time Cleared --- | Approving Supervisor Lt. R. Haugsdahl | EIN 2552 | Date | ☐ Death of Offender ☐ Extradition Denied |

000000169