Date: 11/5/10
Time: 9:43   To 10:07
Judge: Brinkema
Reporter: Thomson
Interpreter: _____
Language: _____
Update Deadlines: _____
Prob. Copies: _____
PTS Copies: _____
AUSA Copies: _____

UNITED STATES of AMERICA
Vs.

Defendant's Name: Joshua Behrouz Nabatkhorian
Case Number: 1:10cr313

Counsel for Defendant: Peter Greenspun
Counsel for Government: John Eisenger

Matter called for:
(X) Motions        ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment    ( ) Appeal from USMC     ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.       ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared: (X) in person    ( ) failed to Appear
                    (X) with Counsel ( ) without counsel    ( ) through counsel

Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

Arraignment & Plea:
( ) WFA ( ) FA ( )PG ( )PNG   Trial by Jury: ( ) Demanded ( ) Waived

___ Days to file Motions with Argument on ___
Defendant entered Plea of Guilty as to Count(s) ___
Motion for Dismissal of Count(s) ___ ( ) by U.S. ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No
Case continued to ___ at ___ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of ___ months heretofore imposed is reduced to a term of ___.

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ___ Months; ( ) Supervised Release terminated

motion to strike - deferred
"    "  dismiss - denied
"    "  dismiss - denied
"    "  to suppress - denied

All Exhibits must be filed with the Clerk ___ days prior to trial.
Bond Set at: $___ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance