NOV - 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) 1:10cr313 (LMB) |
| JOSHUA BEHROUZ NABATKHORIAN, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion to Suppress [Dkt. No. 21], Motion to Dismiss Indictment for Duplicity [Dkt. No. 22], and Motion to Dismiss Indictment for Failure to Allege Offense [Dkt. No. 23] be and are DENIED; and it is further

ORDERED that defendant's Motion to Strike Mandatory Minimum Sentence Provision [Dkt. No. 25] be and is DEFERRED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 5th day of November, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge