AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

2010 NOV -9 A 10: 19

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Behrouz Nabatkhorian | ) | Case No. 1:10cr-313 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 12/06/2010 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Joshua Nabatkhorian__
_____, who requests this subpoena, are:

Peter D. Greenspun, Esquire
James S. Abrenio, Esquire
Greenspun, Shapiro, Davis & Leary, PC
3955 Chain Bridge Road, Second Floor
Fairfax, Virginia 22030
Ph: 703-352-0100
Fax: 703-591-7268
pdg@greenspunlaw.com
jsa@greenspunlaw.com

# GREENSPUN SHAPIRO
## DAVIS & LEARY P.C.

Peter D. Greenspun*           *also admitted in DC
Jonathan Shapiro              **also admitted in MD
James F. Davis**
Christie A. Leary*
Melinda L. VanLowe
W. Michael Chick, Jr.
James S. Abrenio
Alex H. Xanttopoulos

RECEIVED
2010 NOV -9  A 10: 18
CLERK...
ALEXANDRIA, VIRGINIA

November 9, 2010

**VIA COURIER**

United States District Court,
Eastern District of Virginia
Attn: Fernando Galindo, Clerk
401 Courthouse Square
Alexandria, VA 22314

    Re: <u>United States v. Joshua Behrouz Nebatkhorian</u>
        Case No.: 1:10cr313

Dear Mr. Galindo:

    Enclosed please find one (1) praecipe and one (1) witness subpoena for filing. Also enclosed are forty (10) witness subpoenas. Please issue the 10 subpoenas with your signature on each and return them to the courier in the self-addressed stamped envelope.

    Should you have any questions, please do not hesitate to contact me.

                      Very truly yours,

                      James S. Abrenio

JSA/jaw
Enclosures
cc:    Joshua Behrouz Nebatkhorian

3955 Chain Bridge Road · Second Floor · Fairfax, VA · 22030   Tel 703 352 0100   Fax 703 591 7268   www.greenspunlaw.com

RECEIVED

# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

2010 NOV -9  A 10: 18

CLERK
ALEXANDRIA, VA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:10-CR-313 |
| : | |
| **JOSHUA BEHROUZ NABATKHORIAN** : | |
| : | |
| **Accused.** : | |

## PRAECIPE FOR SUBPOENAS

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in the United States District Court on December 6, 2010 at 10:00 a.m., then and there to testify on behalf of Joshua Behrouz Nabatkhorian:

<u>10 subpoenas</u> (in blank)

This 9th day of November, 2010

                              Respectfully submitted,

                              Joshua Behrouz Nabatkhorian
                              By Counsel

Dated: November 9, 2010

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.

BY: _____/s/_____
Peter D. Greenspun
Va. State Bar # 18052
James S. Abrenio
Va. State Bar # 76443
Counsel for the Accused
Greenspun, Shapiro, Davis & Leary, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
pdg@greenspunlaw.com
jsa@greenspunlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John Eisinger
> Counsel for the United States
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> John.Eisinger@usdoj.gov

> BY:     /s/
> Peter D. Greenspun
> Va. State Bar # 18052
> James S. Abrenio
> Va. State Bar # 76443
> Counsel for the Accused
> Greenspun, Shapiro, Davis & Leary, P.C.
> 3955 Chain Bridge Road
> Second Floor
> Fairfax, Virginia 22030
> (703) 352-0100
> (703) 591-7268 (fax)
> pdg@greenspunlaw.com
> jsa@greenspunlaw.com