RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2010 NOV 17  P 2:37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:10-CR-313 |
| | ) |
| JOSHUA BEHROUZ NABATKHORIAN, | ) |
| | ) |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 6th day of December, 2010, then and there to testify on behalf of the United States:

_____20 sets (40 blanks)_____

This 17th day of November, 2010.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:10CR313 |
| JOSHUA BEHROUZ NABATKHORIAN ) | |
| _Defendant_ ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Brinkema, 6th Floor |
|---|---|---|
| | | Date and Time: December 6, 2010 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


Date: 11-17-2010

_CLERK OF COURT_

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ the United States of America , who requests this subpoena, are:

John Eisinger, AUSA
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700