## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, Colleen Holt, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation.  Microsoft Corporation has provided the attached records pursuant to a Legal Request

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records.  I also certify that these records are:

1. made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the Legal Request.

2. kept in the course of regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

3. made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA 98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: *Colleen Holt*

Dated January 14, 2010