IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:10-CR-313 |
| v. | ) | |
| | ) | Trial Date:  December 6, 2010 |
| JOSHUA BEHROUZ NABATKHORIAN | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| Defendant. | ) | |

WAIVER OF TRIAL BY JURY

The United States of America hereby consents that the above case be tried without a jury and hereby unites in such waiver.

                              Respectfully submitted,

                              Neil H. MacBride
                              United States Attorney

By:     /s/ John Eisinger
        John Eisinger
        Virginia Bar No. 65428
        Attorney for the United States
        U.S. Attorney's Office
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        703-299-3700 [Phone]
        703-299-3981 [Fax]
         ausa@eisinger.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Peter D. Greenspun, Esquire
Greenspun, Shapiro, Davis, and Leary, P.C.
3955 Chain Bridge Road, Second Floor
Fairfax, VA  22030
(703) 352-0100 [Phone]
(703) 591-7268 [Fax]
Email: pdg@greenspunlaw.com
*Counsel for the Defendant*

By:    /s/ John Eisinger
John Eisinger
Virginia Bar No. 65428
Attorney for the United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700 [Phone]
703-299-3981 [Fax]
ausa@eisinger.net