IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:10-CR-313 |
| v. | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| JOSHUA BEHROUZ NABATKHORIAN, | ) | |
| | ) | Trial Date:  December 6, 2010 |
| Defendant. | ) | |

## GOVERNMENT'S TRIAL EXHIBITS

| Exhibit | Description | Stipulation | Offered | Admitted |
|---|---|---|---|---|
| 1 | Text Messages – Victim's Phone | | | |
| 2 | Text Messages – Defendant's Phone | | | |
| 3 | Phone Records – Defendant's Phone (Sprint) | 1 | | |
| 4 | Email Messages – Victim (Hotmail) | | | |
| 5 | Email Messages – Victim (Gmail) | | | |
| 6 | Email Messages – Defendant (Gmail) | | | |
| 7 | Binder of Messages | | | |
| 8 | Phone – Victim (Bulk) | | | |
| 9 | Phone – Defendant (Bulk) | 3 | | |
| 10 | Condoms (Bulk) | 2 | | |
| 10A | Receipt for Condoms (CVS) | 2 | | |
| 11 | Underwear (Bulk) | 2 | | |
| 11A | Receipt for Underwear (Victoria's Secret) | 2 | | |
| 12 | Perfume (Bulk) | 2 | | |
| 12A | Receipt for Perfume (Macy*s) | 2 | | |

| 13 | Hotel Reservation (Ritz Carlton) | 1 | | |
| 14 | Credit Card Statements (CapitalOne) | 1 | | |

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY


   /s/ John Eisinger       
By:  John Eisinger
     Assistant United States Attorney
     U.S. Attorney's Office
     Justin W. Williams U.S. Attorney's Building
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     Phone: 703-299-3700
     FAX: 703-299-3981
     Email Address:  ausa@eisinger.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of November 2010, I will file the foregoing with the

Clerk of Court and provide a copy to such filing to the following:

Peter D. Greenspun, Esquire
Greenspun, Shapiro, Davis, and Leary, P.C.
3955 Chain Bridge Road, Second Floor
Fairfax, VA  22030
(703) 352-0100 [Phone]
(703) 591-7268 [Fax]
Email: pdg@greenspunlaw.com
*Counsel for the Defendant*

      /s/ John Eisinger
John Eisinger
Assistant United States Attorney
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email Address:   ausa@eisinger.net