IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Criminal No. 1:10-CR-313 |
| v. | : | |
| | : | |
| JOSHUA BEHROUZ NABATKHORIAN | : | |
| | : | |
| Defendant. | : | |

**EXHIBIT LIST OF THE DEFENDANT JOSHUA BEHROUZ NABATKHORIAN**

| Exhibit # | Item Description | Offered | Admitted |
|---|---|---|---|
| | | | |
| 1 | Card from "King Josh" to Nathalie in 1991 | | |
| 2 | Card from "Your Eagle Josh" to Nathalie on 4/16/1991 | | |
| 3 | Card from "Your Eagle Josh" to Nathalie on 4/18/1991 | | |
| 4 | Return Address on Envelope from "The Flying Eagle" to Nathalie on 4/25/1991 | | |
| 5 | Return Address on Envelope from "The King of Kings" to Nathalie on 6/1/1991 | | |
| 6 | Card from "King Josh" to Nathalie and Return Address on Envelope from "The King Joshua" on 6/9/1991 | | |
| 7 | Return Address on Envelope from "The King of Kings" to Nathalie on 7/10/1991 | | |
| 8 | Card from "King Joshua" to Nathalie and Return Address on Envelope from "King Joshua" on 7/18/1991 | | |
| 9 | Card from "King Baby Joshua" to Nathalie on 9/11/1991 | | |
| 10 | Card from "King Josh" to Nathalie on 12/16/1991 | | |
| 11 | Envelope from "The King of Kings" to Nathalie on 12/16/1991 | | |
| 12 | Card from Joshua to Nathalie on 12/16/1991 | | |
| 13 | Card from "King Joshua" to Nathalie on | | |

|    |                                                                          |  |  |
|----|--------------------------------------------------------------------------|--|--|
|    | 12/28/1991                                                               |  |  |
| 14 | Card from Joshua to Nathalie on 12/29/1991                               |  |  |
| 15 | Card from "Joshua King the I" to Nathalie on 12/30/1991                  |  |  |
| 16 | Card from "Joshua the King" to Nathalie on 12/31/1991                    |  |  |
| 17 | Card from "Joshua King" to Nathalie on 12/31/1991                        |  |  |
| 18 | Valentine's Day Card from "Joshua King" to Nathalie on 1/21/1992         |  |  |
| 19 | Valentine's Day Card from "King Joshua the I" to Nathalie on 1/27/1992   |  |  |
| 20 | Mailgram from "King Joshua" to Nathalie on 12/4/1992                     |  |  |
| 21 | Card from "Joshua the King" to Nathalie                                  |  |  |
| 22 | Email from Hootan to "King Josh" on 2/20/2007                            |  |  |

The Defendant also reserves the ability to offer any exhibit identified by the Government or that may be identified in future trial preparation or during trial itself.

Dated: November 30, 2010


GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.


BY: /s/
PETER D. GREENSPUN
Va. State Bar # 18052
Counsel for the Defendant
Greenspun, Shapiro, Davis & Leary, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
pdg@greenspunlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John Eisinger
>Assistant United States Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

>BY: _____/s/_____
>Peter D. Greenspun
>Va. State Bar # 18052
>Counsel for the Defendant
>Greenspun, Shapiro, Davis & Leary, P.C.
>3955 Chain Bridge Road
>Second Floor
>Fairfax, Virginia 22030
>(703) 352-0100
>(703) 591-7268 (fax)
>pdg@greenspunlaw.com