UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



DEC - 3 2010

CLERK, U S DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10-CR-313 |
| | ) | |
| JOSHUA BEHROUZ NABATKHORIAN, | ) | Count 1: Attempted Enticement of a Minor |
| | ) | (18 U.S.C. § 2422(a)) |
| Defendant. | ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Attempted Enticement of a Minor)

On or about November 15, 2009, in the Eastern District of Virginia and elsewhere, JOSHUA BEHROUZ NABATKHORIAN (hereinafter "NABATKHORIAN"), did knowingly attempt to persuade, induce, entice, and coerce a minor to travel in interstate or foreign commerce to engage in any sexual activity for which any person can be charged with a criminal offense. Specifically, NABATKHORIAN knowingly and unlawfully attempted to persuade a 13-year-old family friend to travel from Maine to the Eastern District of Virginia for the purposes of

committing sexual acts in violation of VA. CODE §§ 18.2-26, 18.2-27, 18.2-63, and 18.2-370.

(In violation of Title 18, United States Code, Section 2422(a).)

                              Respectfully submitted,

                              Neil H. MacBride
                              United States Attorney

By: _____
                              John Eisinger
                              Virginia Bar No. 65428
                              Attorney for the United States
                              U.S. Attorney's Office
                              Justin W. Williams U.S. Attorney's Building
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              703-299-3700 [Phone]
                              703-299-3981 [Fax]
                              ausa@eisinger.net