IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DEC - 3 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:10-CR-313 |
| ) | |
| JOSHUA BEHROUZ NABATKHORIAN, ) | |
| Defendant. ) | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its undersigned counsel, moves this Court to dismiss the Indictment against JOSHUA BEHROUZ NABATKHORIAN, which was returned by the Grand Jury on August 19, 2010.

Respectfully submitted,

Neil H. MacBride
Acting United States Attorney

By: _____
John Eisinger
Virginia Bar No. 65428
Attorney for the United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700 [Phone]
703-299-3981 [Fax]
ausa@eisinger.net