IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 1:10-CR-313 |
| ) | |
| JOSHUA BEHROUZ NABATKHORIAN, ) | |
| ) | |
| Defendant.    ) | |

## ORDER

Upon motion of the United States, by and through its counsel, it is hereby,

**ORDERED,** that the Indictment in the above-captioned matter is dismissed.

/s/
Leonie M. Brinkema
**United States District Judge**

Dated: 12/3/10
Alexandria, Virginia