12-27-2010

Dear Friend and Family,

I hope all is well with you and your family.

I am very sorry to write to you about my troubles and I hope you forgive me.

Unfortunately, I have been convicted of a crime for which the sentencing will happen in mid-February.

I am writing to you to ask if you can write a letter that will describe the support, help I have provided to you in the past and/or show my character as a friend or colleague, and your observance of my interactions with children and family…etc.

I am including a letter written by my lawyer that gives more details as what is needed.

The more detailed letter, the better such as time I have spent in your house or you at my house. Or even when just your children stayed at our house. Or any trips we've taken together,…etc.
Letters from children who could be young adults now would be very helpful too.

You can always call me at 703 548-0000 if you need more details. The Rabbis in our community have been very supportive and they could provide you info. if needed.

In advance I thank you for paying attention to this urgent matter.

The deadline for my lawyer to receive the letters is Jan-15-2011.

Most important above all please remember me in your prayers and never ever take your freedom and family for granted.

Sincerely,

Joshua Nabatkhorian

**GREENSPUN SHAPIRO**
**DAVIS & LEARY** P.C.

Peter D. Greenspun*     *also admitted in DC
Jonathan Shapiro        **also admitted in MD
James F. Davis**
Christie A. Leary*
Melinda L. VanLowe
James S. Abrenio
Amy L. Bradley

December 21, 2010

Re: United States v. Joshua Nabatkhorian

Dear Family Members and Friends of Joshua Nabatkhorian:

As you may know, Joshua anticipates appearing in the United States District Court for the Eastern District of Virginia in the near future for sentencing on computer solicitation. Our firm is assisting Joshua in gathering background information and research to present to the Court with regard to sentencing issues. It is in that regard that you are receiving this letter.

It is critical that the judge have a complete assessment of Joshua's character and background in order to arrive at the appropriate sentence. A letter of reference that reflects positively on Joshua's personal and family background will help the Court evaluate him and hopefully assist in a favorable resolution of this difficult situation. Before writing, please read this letter so that you understand the type of information which may prove useful in the sentencing process. These are merely suggestions. Please feel free to write whatever you believe will be helpful to the Court in determining an appropriate sentence in this matter.

1. Address, but do not send, your letter to:

   The Honorable Leonie M. Brinkema
   United States District Court for the Eastern District of Virginia
   401 Courthouse Square
   Alexandria, Virginia 22314

PLEASE MAIL YOUR LETTER TO MY ATTENTION AT THE ADDRESS BELOW

We will forward all letters together as a package to ensure that none are misplaced. I will also review all letters, before they are submitted, to make sure they are in proper form and do not inadvertently do anything to offend the Court.

2. It is important that you identify yourself in the letter's opening paragraph. Let the judge know who you are and how you know Joshua. If the judge is to give your observations the weight it deserves, it is essential that she appreciates your personal and professional background.

# GREENSPUN SHAPIRO
## DAVIS & LEARY PC

3. Although Joshua's charge is serious, the mere fact that you are willing to write on his behalf confirms your faith in him. It is positive to state that you are writing to the Court, knowing what Joshua was convicted of and that he fully accepts responsibility for such a serious matter. <u>DO NOT WRITE, OR IN ANY WAY IMPLY, THAT JOSHUA IS NOT CULPABLE AND RESPONSIBLE FOR HIS OFFENSES, OR THAT IT IS THE FAULT OF THE POLICE, AS IN THE JUDGE'S EYES, THAT WILL SIMPLY DETRACT FROM EVERYTHING ELSE POSITIVE YOU HAVE TO SAY.</u>

4. Be sure to state how long, and in what context, you have known Joshua and his family. If appropriate, your letter can detail your experience with him in areas that relate to his qualities as a new person since the offense date, and which further reflect on his personal growth, rehabilitation, capacity for self-reflection and contrition. Specific comments and examples describing Joshua's attitude in this manner are particularly useful.

5. An important factor in considering the release of offenders convicted of crimes is whether or not the person will take seriously concerns of the community and be productive in the future, as opposed to merely being warehoused in a jail or prison setting. To that end, advising the Court what support you can be to Joshua in assisting over the upcoming years will be important.

6. While your letter should not be in a particular format, or of a particular length, it is preferable to be to the point in describing your relationship with Joshua and the above issues. You should not collaborate with other people who know Joshua in preparing your letter, as it will, therefore, sound the same as that of other character references. Do not put your street address on the letter

7. If at all possible, please type your letter and use at least a 12 point font. Your letter does not have to be long. Quality and thoughtfulness are better than quantity.

8. It is important to be respectful to the Court without being patronizing. Write your true feelings.

Thank you for your concern, consideration and assistance. On behalf of Joshua Nabatkhorian, I want to thank you in advance for your time and effort.

Very truly yours,

Peter D. Greenspun