

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

UNITED STATES OF AMERICA

v.                        Case No. 1:10-CR-313-01

JOSHUA BEHROUZ NABATKHORIAN,

Defendant.

### ORDER

THIS CAUSE came upon the Motion of the Defendant, Joshua Behrouz Nabatkhorian, by counsel, that the June 10, 2010 conditions of release be amended to allow Mr. Nabatkhorian to reside at his family residence in Fairfax, Virginia.

IT APPEARING that this Motion is proper and should be granted, it is therefore

ADJUDGED and ORDERED that the June 10, 2010 conditions of release entered in this matter remain in full force and effect, except to the extent that the conditions be and hereby are amended to allow Mr. Nabatkhorian to return to and live at his family residence pending his reporting to the Bureau of Prisons as directed by this Court.

ENTERED this 2nd day of March, 2011.

/s/

Leonie M. Brinkema
United States District Judge