

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. )
) 1:10cr313 (LMB)
JOSHUA BEHROUZ NABATKHORIAN )
)
Defendant. )
)
)

O R D E R

As explained in a memorandum from Senior United States Probation Officer Karen Moran, the victim's mother has timely provided a more specific request with backup documentation, for $5,421.00 in additional restitution costs for child care expenses. The total amount sought and the bases for the request appear reasonable; however, to ensure that the defendant has an opportunity to respond, it is hereby

ORDERED that Officer Moran's memorandum and its attachments be provided, under seal, to defense counsel for review by counsel and the defendant. Unless the Court receives an objection within fourteen (14) days, the requested restitution of $5,421.00 will be added to the judgment entered on February 25, 2011.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 7th day of April, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge