IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) 1:10cr313 (LMB)
)
JOSHUA BEHROUZ NABATKHORIAN )
)
    Defendant. )
)

## ORDER OF RESTITUTION

On February 25, 2011, the defendant was sentenced; however, because the full amount of restitution could not be determined at that time, the restitution portion of the sentence could not be imposed. The victim and her family had submitted a Financial Impact Statement to the Probation Office seeking a total of $68,555.00 in restitution. Of the amounts sought, the Court determined that $10,000.00 was sufficient to cover past and future bills for therapy, $500.00 would fairly compensate for past and future medication, and $1,660.00 would properly reimburse the victim's mother for missed work and used sick leave. All other categories of restitution were denied except for child care expenses incurred due to the defendant's conduct. The victim's mother asked for $12,800.00 to cover those costs; however, because there was no documentation presented to support that amount, the Court granted the victim's mother ten days to submit back up documentation. The amount of childcare expenses finally submitted came to $5,421.00, to which the defendant has

filed no objections.[1]

For these reasons, it is hereby

ORDERED that as a part of the defendant's sentence he pay $17,581.00 in restitution to the victim's mother within 120 days of the date of this Order.

The Clerk is directed to forward a copy of this Order to counsel of record and the United States Probation Office.

Entered this 27th day of April, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] During the sentencing hearing the defendant did not object to the award of $10,000.00 for therapy expenses nor the other amounts awarded, and did not object to a delay in determining the final amount of restitution. See Sentencing Hr'g. Tr. at 7 and 11.

2