FILED

In the United States District Court for the Eastern District of Virginia

2011 MAY 13 P 3:49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.

v.      Case No: 1:10cr 00313-LMB

Nabatkhorian

Motion to Remove Filing from PACER and Place under Seal

COMES NOW, Joshua Nabatkhorian, by counsel, and respectfully requests the Clerk of Court remove from the CM/ECF publicly available filings a letter dated May 12, 2011 which was mistakenly filed electronically. The letter contains the Medical record of a minor child and pursuant to Local Criminal Rule 49 has been filed under seal.

By Counsel
Melinda VanLowe

Greenspun, Shapiro, Davis & Leary P.C.

By: Melinda VanLowe
Peter D. Greenspun
Va. Bar 10852
Melinda VanLowe
Counsel for Defendant
Greenspun Shapiro, Davis + Leary
3955 Chain Bridge Rd. 2nd Fl.
Fairfax VA 22030
703-352-0100

So Ordered

/s/
Leonie M. Brinkema
United States District Judge
5/13/11